# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2024, I mailed to Warden or Acting Warden through the United States Post Office using the priority mail number 9405530109355020563001 and mailed to FMC Carswell P.O. Box 27066 Fort Worth, TX 76127

Priscilla A. Ellis

Priscilla Ellis 03260180
FCI Waseca
P O Box 1731
Waseca MN 56093

RECEIVED
Mail Room
MAY 10 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2024, I mailed to The Federal Bureau Of Prisons through the United States Post Office using the priority mail number 9405830109355094423783 and mailed to U.S Department of Justice Federal Bureau of Prisons Office of Internal Affairs 320 First St. NW Room 600 Washington, DC 20534

Priscilla A. Ellis

Priscilla Ellis 03260180
FCI Waseca
P O Box 1731
Waseca MN 56093

RECEIVED
Mail Room
MAY 10 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

23-cv-00632-ACR

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2024, I mailed to Unit Manager Everett Cottrell through the United States Post Office using the priority mail number 9405530109355020562998 and mailed to FMC Carswell P.O. Box 27066 Fort Worth, TX 76127

Priscilla A. Ellis

Priscilla Ellis 03260180
FCI Waseca
P O Box 1731
Waseca MN 56093

RECEIVED
Mail Room
MAY 10 2024